[No. 58748-0-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ORLANDO DEVON WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-12254-1, Theresa B. Doyle, J., entered August 14, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58955-5-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D. RUSHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-06510-5, Deborah D. Fleck, J., entered September 18, 2006. *Remanded* by unpublished per curiam opinion.

[No. 59303-0-I.   Division One.   July 21, 2008.]

MATEOS MERHAZION, *Respondent*, v. HADISH BERHANE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-29834-1, Gregory P. Canova, J., entered December 15, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59329-3-I.   Division One.   July 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILFORD ARMSTEAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-00642-5, Richard A. Jones, J., entered December 8, 2006. *Affirmed* by unpublished per curiam opinion.